ULRICE LESSER, Appellant, *v.* SARAH A. WILLIAMS, Respondent.

(Submitted January 27, 1890 ; decided February 25, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 29, 1889 which affirmed an order of Special Term changing the place of trial.

*M. A. Lesser* for appellant.

*Riley & Conway* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

GEORGE L. WHITMAN et al. *v.* JOHN R. HAINES et al.

BENJAMIN KNOWER et al. *v.* JOHN R. HAINES et al.

FRANCIS M. BACON et al. *v.* JOHN R. HAINES et al.

JULIUS BALLIN et al. *v.* JOHN R. HAINES et al.

HENRY A. GOWING et al. *v.* JOHN R. HAINES et al.

In the Matter of the Application of GEORGE L. WHITMAN et al. to Punish GEORGE W. SCHAFFER, Appellant, as for a Contempt.

(Submitted January 27, 1890; decided February 25, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 12, 1888, which affirmed an order of Special Term, punishing the appellant as for a contempt.

*Sidney H. Stuart* for appellant.

*Henry Stanton* for respondents.

Agree to affirm on opinion below
All concur.
Order affirmed.